IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CASE NO.: 14-4013 - JSB |
| | ) | UNDER SEAL |
| MARIA DE LOURDES CORREA-RUIZ | ) | |

## ORDER

Upon motion of the United States, it is hereby ORDERED that the Clerk shall place the documents filed at Docket Entry _____ under seal until further order of this Court.

ENTERED, the 6th day of February, 2014.

_____
JOHN S. BRYANT
MAGISTRATE JUDGE